**Brothers in Arms**

August 16, 2023

Dear Honorable Judge,

My name is William Shakespeare Belle #01839630 currently in the veterans dorm, held in the Harris County Jail in violation to my constitutional rights. I have no charges in Harris County but held on parole hold for a charge in Huntsville and denied bench warrant transport. On August 15, approximately 10 pm while in the day room a large cockroach flew into my hair and clothing. This paticular incident was caught on camera but is definately not the first or only time that this incident has happened, to me and other inmates. Harris County is infested w/ cockroaches, gnats and mites and this is the cleanest part of County technically. Suffering from PTSD, anxiety and Depression this only adds to my disability and the disabilities of other veterans. There is also contaminated water causing stomach aches and diaroeha and headaches. I'm writing this official complaint to you regarding this situation and others. We are in fear of retaliation for this letter because bad things happen to inmates who complain within these walls. Please don't allow me to get punish for reporting this situation. Witness' to my allegations are Andre Stevens # 02354618 and Alfred Craig Wells # 02113649. Thank You for your valuable time and Service. HELP!

Respectfully Submitted,
Wm Belle

P.S. I SENT THE BUG (COCKROACH) ONLY AS PROOF TO MY CLAIMS AND A ARTICLE SHOWING PROBLEM DOES EXIST IN FACILITIES SIMILAR.

# Another Ga. inmate dies at jail under federal scrutiny

ASSOCIATED PRESS

ATLANTA — A Georgia inmate who was found unresponsive in a medical unit cell at a jail currently under federal investigation later died at an area hospital, authorities said Saturday.

Medical personnel resuscitated Christopher Smith, 34, after a detention officer at the Fulton County Jail found him Thursday. He was transported to Grady Memorial Hospital and pronounced dead at about 5:30 a.m. Friday, the sheriff's office said in a news release. The county's Medical Examiner's Office will conduct an autopsy to determine a cause of death, authorities said.

Smith had been in custody since Oct. 6, 2019. He was being held without bond on several unspecified felony and misdemeanor charges, the sheriff's office said.

The U.S. Department of Justice opened an investigation of the jail, citing Lashawn Thompson's September 2022 death as one of dozens in the facility during the past few years. Thompson, 35, died in a bedbug-infested cell in the jail's psychiatric wing, drawing national public attention.

The county reached a settlement with Thompson's family earlier this month.

So far this year, five people have died in Fulton County custody. In April, as part of the reaction to Thompson's death, county commissioners approved $5.3 million in extra jail funding for inmate health tracking, cameras and other upgrades.







**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name WILLIAM SHAKESPEARE BELLE
SPN 01839630          Cell 3-H-1
Street 700 N. SAN JACINTO
HOUSTON, TEXAS 77002

**Keefe** Commissary Network

United States Courts
Southern District of Texas
FILED
AUG 21 2023
Nathan Ochsner, Clerk of Court

**INDIGENT**

UNITED STATES DISTRICT COURTHOUSE
P.O. BOX 61010
HOUSTON, TX 77208-1010

POSTAGE PITNEY BOWES
ZIP 77002  $ 000.63
02 4W
0000368784 AUG. 18. 2023

772081010 B001